UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| V. | ) |
| ROLANDO CRUZ BERTARIONI, | ) Case no. 1:08-CR-033 |
| Defendant | ) |

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned case. The Court finds sufficient basis for the dismissal. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motion is GRANTED.

SO ORDERED this 6th day of June, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1